UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MANETIRONY CLERVRAIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02918-TWP-DLP |
| | ) | |
| | ) | |
| JAMIE DIMON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY**

On December 27, 2021, the Court struck Plaintiff's filings in this matter pursuant to a filing restriction entered against him in another case. (Filing No. 5). The Court ordered that any future submissions in this case shall be docketed in a miscellaneous case, for determination whether the documents should be accepted for filing. Plaintiff has appealed that order, but the proceedings in the district court in this case are at an end. Accordingly, this case is now CLOSED.

**SO ORDERED.**

Date: 1/27/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

MANETIRONY CLERVRAIN
4326 S. Scatterfield Rd.
Suite 153
Anderson, IN 46013