# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 16, 2022

| No. 22-1076 | MANETIRONY CLERVRAIN,<br>Plaintiff - Appellant<br><br>v.<br><br>GEOFFREY S. MEARNS, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-03094-RLY-DML<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young ||

| No. 22-1077 | MANETIRONY CLERVRAIN,<br>Plaintiff - Appellant<br><br>v.<br><br>JAMIE DIMON, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-02918-TWP-DLP<br>Southern District of Indiana, Indianapolis Division<br>Chief District Judge Tanya Walton Pratt ||

| No. 22-1078 | MANETIRONY CLERVRAIN,<br>Plaintiff - Appellant<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, et al.,<br>Defendants - Appellees |
|---|---|

Case 1:21-cv-02918-TWP-DLP   Document 13   Filed 03/16/22   Page 2 of 4 PageID #: 207
Case: 22-1076   Document: 00713971738   RESTRICTED   Filed: 03/16/2022   Pages: 4 (4 of 4)

Nos. 22-1076, et al.                                                                 Page 2

| Originating Case Information: |
|---|
| District Court No: 1:21-cv-03036-TWP-MG |
| Southern District of Indiana, Indianapolis Division |
| Chief District Judge Tanya Walton Pratt |

| | |
|---|---|
| No. 22-1079 | MANETIRONY CLERVRAIN,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br>Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 1:21-cv-03078-TWP-MJD |
| Southern District of Indiana, Indianapolis Division |
| Chief District Judge Tanya Walton Pratt |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                              Circuit Rule 3(b)

STATUS OF THE RECORD:                                      no record to be returned

form name: **c7_Mandate**   (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

**CERTIFIED COPY**
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

March 16, 2022

*By the Court*:

| No. 22-1076 | MANETIRONY CLERVRAIN,<br>Plaintiff - Appellant<br><br>v.<br><br>GEOFFREY S. MEARNS, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-03094-RLY-DML<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young ||

| No. 22-1077 | MANETIRONY CLERVRAIN,<br>Plaintiff - Appellant<br><br>v.<br><br>JAMIE DIMON, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-02918-TWP-DLP<br>Southern District of Indiana, Indianapolis Division<br>Chief District Judge Tanya Walton Pratt ||

| No. 22-1078 | MANETIRONY CLERVRAIN,<br>Plaintiff - Appellant<br><br>v. |
|---|---|

Case 1:21-cv-02918-TWP-DLP   Document 13   Filed 03/16/22   Page 4 of 4 PageID #: 209
Case: 22-1076   Document: 00713971737   RESTRICTED   Filed: 03/16/2022   Pages: (2 of 4)

Nos. 22-1076, et al.   Page 2

|  | KILOLO KIJAKAZI, Acting Commissioner of Social Security, et al., |
|  | Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-03036-TWP-MG ||
| Southern District of Indiana, Indianapolis Division ||
| Chief District Judge Tanya Walton Pratt ||

| | MANETIRONY CLERVRAIN, |
| | Plaintiff - Appellant |
| No. 22-1079 | v. |
| | UNITED STATES OF AMERICA, et al., |
| | Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:21-cv-03078-TWP-MJD ||
| Southern District of Indiana, Indianapolis Division ||
| Chief District Judge Tanya Walton Pratt ||

These appeals, docketed on January 18, 2022, are **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**   (form ID: **137**)